Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208,527)
ben.katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs MAKITA U.S.A., INC. and MAKITA CORPORATION

Jason T. Yu
jyu@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue Suite 3100
Two California Plaza
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525

Attorneys for Defendant
KASTAR (U.S.A.) INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
April 25, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKITA CORPORATION and<br><br>MAKITA U.S.A., INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KASTAR (U.S.A.) INC.,<br><br>    Defendant. | Civil Action No.<br>2:17-cv-01537-SJO-AJW<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Honorable S. James Otero |

Plaintiff Makita U.S.A., Inc. and Makita Corporation ("Makita") and Defendant Kastar (USA) Inc. ("Defendant") consent and agree to the terms and conditions of this Consent Judgment and Permanent Injunction.

**THE PARTIES DO NOT DISPUTE THE FOLLOWING:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 35 U.S.C. §§ 271 and 281, 15 U.S.C. §§ 1116(a), 1121, and 28 U.S.C. §§ 1331 and 1338. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b), 1391(d), and 1400(b).

2. Plaintiff Makita U.S.A., Inc., is a corporation organized and existing under the laws of the State of California and having its principal place of business at 14930 Northam Drive, La Mirada, California 90638.

3. Plaintiff Makita Corporation is a corporation organized and existing under the laws of Japan, having its principal place of business at 3-11-8, Sumiyoshi-cho, Anjo, Aichi 446-8502, Japan.

4. Defendant Kastar (U.S.A.) Inc. is a company organized and existing under the laws of the State of California, having a place of business at 12981 Ramona Blvd., Units H&I, Baldwin Park, California 91706.

5. Plaintiff Makita Corporation is the owner by assignment of all right, title, and interest in United States Design Patent No. D516,504, titled "Battery Pack."

6. Plaintiff Makita Corporation is the owner by assignment of all right, title, and interest in United States Patent No. 6,350,149, titled, "Structure of Electrical Terminals for Establishing Electrical Contact Between a Battery Pack and an Electrical Device."

7. Defendant has sold, offered for sale, and/or imported into the

United States batteries that infringe Makita's intellectual property rights, including United States Design Patent No. D516,504, United States Patent No. 6,350,149, the BL1830 trademark, and the BL series of trademarks.

8. Defendant has represented that its total revenue from all sales of infringing products was approximately $19,500.00.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

A. Judgment is entered in favor of Makita and against Defendant that Defendant infringed United States Design Patent No. D516,504 in violation of 35 U.S.C. § 271.

B. Judgment is entered in favor of Makita and against Defendant that Defendant infringed United States Patent No. 6,350,149 in violation of 35 U.S.C. § 271.

C. Judgment is entered in favor of Makita and against Defendant that Defendant committed acts of false designation of origin, false advertising, and unfair competition with regard to Defendant's use of Makita's BL1830 trademark and BL series of trademarks in violation of 15 U.S.C. 1125(a).

D. Within ten days, Defendant shall pay to Makita the amount of $15,000.00 pursuant to 35 U.S.C. §§ 284 and 289 and 15 U.S.C. § 1117.

E. Within ten days, Defendant shall provide to Makita either (i) evidence that all infringing batteries in Defendant's possession as of the filing date of the Complaint have been tendered to a recycling facility for destruction, or (ii) written certification that Defendant did not have possession or control of any infringing batteries as of the filing date of the Complaint.

F. Defendant's "BL1830" battery infringed United States Design Patent No. D516,504 because an ordinary observer would consider it substantially the same as the battery depicted in the figures of United States Design Patent No. D516,504, which are set forth below:



FIG. 1





FIG. 2    FIG. 4    FIG. 6





FIG. 3    FIG. 5    FIG. 7

*1*       G.     Defendant's "BL1830" battery infringed at least Claim 1 of United
*2* States Patent No. 6,350,149 because it comprised:

         A structure of electrical terminals for establishing electrical contact between a battery pack and an electrical device by attachment of the battery pack to the electrical device, the structure comprising,

            a plurality of female terminals provided in the battery pack, and

            a plurality of male terminals provided in the electrical device and adapted to be coupled to the female terminals,

         wherein each of the female terminals includes at least two pairs of elastic plates, each pair of elastic plates being capable of holding one of the male terminals therebetween when the battery pack is attached to the electrical device, the elastic plate pairs of each female terminal being disposed along the path of movement of the male terminal when the battery pack is attached to the electrical device such that the number of elastic plate pairs of each female terminal that hold each male terminal therebetween is determined by the length of the male terminal along said path of movement.

H. Defendant, and its officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, who receive actual notice of this injunction by personal service or otherwise, are permanently restrained and enjoined from manufacturing, importing, marketing, displaying, distributing, offering to sell, and/or selling Defendant's "BL1830" battery, or any batteries that are not colorably different from Defendant's "BL1830" battery, which is depicted below:



I. Defendant, and its officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, who receive actual notice of this injunction by personal service or otherwise, are permanently restrained and enjoined from manufacturing, importing, marketing, displaying, distributing, offering to sell, and/or selling any battery using Makita's BL1830 trademark, Makita's BL series of trademarks, and any other trademarks that are confusingly similar to the Makita BL1830 or BL series of trademarks;

J. This Court shall retain jurisdiction over this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Consent Judgment and Permanent Injunction.

K. The parties agree to submit to the personal jurisdiction of this Court and to venue in this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Consent Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: April 26, 2017

Hon. S. James Otero
United States District Judge

APPROVED AS TO FORM:

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: April 20, 2017        By: _____
                                Michael K. Friedland
                                Benjamin A. Katzenellenbogen

Attorneys for Plaintiffs MAKITA U.S.A., INC. and MAKITA CORPORATION


SNELL & WILMER L.L.P.


Dated: _____        By: _____
                                Jason T. Yu

Attorneys for Defendant Kastar (U.S.A.) Inc.

25594465_9